IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STAR 1250 WEST LLC
doing business as
Ashley Mill Apts,

    Plaintiff,

    v.

LEVY MCRAE, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-4175-TWT

**ORDER**

This is a disspossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Cobb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Cobb County.

SO ORDERED, this 16 day of November, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Star 1250 West LLC\r&r.wpd